Dismissed and Memorandum Opinion filed December 6, 2007








Dismissed
and Memorandum Opinion filed December 6, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00922-CV

____________

 

QUALITY INFUSION CARE, INC., JIM RUTHERFORD

and LINDA RUTHERFORD, Appellants

 

V.

 

9555 WEST BELT, L.P., Appellee

 



 

On Appeal from the
164th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-21958

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 6, 2007.  On November 26, 2007, appellants
filed a motion to dismiss the appeal because they no longer desire to pursue
the appeal.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM








Judgment rendered and Memorandum Opinion filed
December 6, 2007.

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.